IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION


UNITED STATES OF AMERICA,     )
    )
    Plaintiff,     )
    )      08-00226-01-CR-W-HFS
v.     )
    )
JOSHUA D. STAPLETON,     )
    Defendant.     )


MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:  On August 19, 2008, the Grand Jury returned a one count indictment against Joshua D. Stapleton.  The indictment charges that on or about July 25, 2008, defendant Stapleton, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit; a Norinco model 213 semi-automatic, 9mm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government:  Patrick Daly
    Case Agent:  ATF SA Teddy Horton
    Defense:  Steve Moss & Julie Eilers, Investigator

**OUTSTANDING MOTIONS**:  On January 14, 2009, government counsel filed a 404(b) notice. Defense counsel advised he will be filing an opposition to the notice.

**TRIAL WITNESSES**:
    Government:  9-15 with stipulations; 30 without stipulations
    Defendants:  5 witnesses; defendant may testify

**TRIAL EXHIBITS**
    Government:  22 exhibits, mostly photos
    Defendant: Less than 10 exhibits for defendant

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (**X** ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 ½-3 days**

Government's case including jury selection:  2 days
Defense case:  ½ day

**STIPULATIONS**: Interstate nexus of the firearm, operability of the firearm, prior felony convictions, and several exhibits.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government:  Has filed their lists.
Defense: Will file by January 23, 2009.
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday,** February 4, 2009
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:**  None

**TRIAL SETTING**:  Criminal jury trial docket commencing February 9, 2009.
**Please note:** Government counsel requests the second week of the docket because one of the law enforcement witnesses is unavailable the first week of the docket.  Defense counsel does not object to this request.

**IT IS SO ORDERED.**

<u>        /s/ *Sarah W. Hays*        </u>
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

2